IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00587-REB-BNB

EL CAMINO RESOURCES, LTD., a California Corporation,

Plaintiff,

v.

TOM SEARS, an individual, and
RIVERBEND CAPITAL GROUP, INC.,

Defendants
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion Pursuant to Fed. R. Civ. P. 15(a) and 16(b) for Leave to Amend Complaint and Amend the Scheduling Order** [Doc. # 18, filed 9/8/2006] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The plaintiff shall file an amended complaint consistent with the Motion on or before **October 18, 2006**.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

    **Discovery Cut-Off:**                        **December 15, 2006**

    (All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    **Dispositive Motions Deadline:**             **January 15, 2007**

**Expert Disclosures:**

**(b)**   The defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 16, 2006**

Dated October 4, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge
