IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00587-REB-BNB

EL CAMINO RESOURCES, LTD., a California Corporation,

Plaintiff,

v.

TOM SEARS, an individual, and
RIVERBEND CAPITAL GROUP, INC.,

Defendants
_____

**ORDER**
_____

This matter is before me on the defendants' **Unopposed Motion to Amend Scheduling Order and Permit Additional Expert Witness Disclosures Related to Added Claims In Amended Complaint** [Doc. # 31, filed 10/30/2006] (the "Motion"). Good cause for the Motion has been shown.

IT IS ORDERED that the Motion is GRANTED and the case schedule is modified to the following extent:

**Expert Disclosures:**

**(a)** The parties shall designate experts concerning issues of fraudulent transfers and illegal dividends and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 4, 2006**; and

1

    **(b)**    The parties shall designate all rebuttal experts concerning issues of fraudulent transfers and illegal dividends and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 4, 2007**

Dated October 31, 2006.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge