**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00587-REB-BNB

EL CAMINO RESOURCES, LTD., a California corporation,

    Plaintiff,

v.

TOM SEARS, an individual and
RIVERBEND CAPITAL GROUP, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulated Dismissal With Prejudice** [#35], filed December 8, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Dismissal With Prejudice** [#35], filed December 8, 2006, is **APPROVED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for September 7, 2007, is **VACATED**; and

    4.  That the trial to court set to commence September 10, 2007, is **VACATED**.

Dated December 11, 2006, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**